FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0226



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0226

PAUL L. CAMPBELL,

    Petitioner,

v.

JIM SALMONSEN, WARDEN
MONTANA STATE PRISON,

    Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: April 8, 2024.

_____

BOWEN GREENWOOD
Clerk of the Supreme Court

FILED

APR - 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana